**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Orobosa ENAGBARE, Petitioner**

**No. 116 MAL 2017**

Supreme Court of Pennsylvania.

June 28, 2017

## ORDER

PER CURIAM

**AND NOW**, this 28th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Lisa J. KNECHT, Petitioner**

**No. 90 WAL 2017**

Supreme Court of Pennsylvania.

June 28, 2017

## ORDER

PER CURIAM

**AND NOW**, this 28th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**James Edward ROCHE, Petitioner**

**No. 84 MAL 2017**

Supreme Court of Pennsylvania.

July 3, 2017

## ORDER

PER CURIAM

**AND NOW**, this 3rd day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**